IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GMA, INC.,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>2007 SIFT TRUST, SACKS FAMILY OFFICE TRUST f/k/a SHIM SACKS FAMILY LEGACY TRUST DATED OCTOBER 20, 2014, and PHYSICIAN HELPERS LLC,<br><br>　　　　*Defendants*. | No. 2:22-cv-00551-CB<br><br>Judge Cathy Bissoon |

## ORDER

AND NOW, this 6th day of December, 2022, upon consideration of Defendants' Motion to Stay and Memorandum of Law in Support Thereof (Docs. 31-34), and the Response in Opposition thereto (Docs. 38-39), it is hereby ORDERED, ADJUDGED and DECREED that the Motion to Stay is GRANTED.

It is FURTHER ORDERED that the above-captioned litigation is hereby STAYED and ADMINISTRATIVELY CLOSED pending resolution of the action in the Supreme Court of Belize, CF20220420, between THOMAS BOURNE, Claimant, and Frontier International Business Services Limited, Defendant, and Registrar of International Trusts, Interested Party, and any and all appeals therein (the "Belize Litigation"). The Court finds that the resolution of the Belize Litigation may substantially affect and/or be dispositive of certain threshold issues in this case, including Plaintiff GMA, Inc.'s ability to bring this action in this Court.

Administrative closure is a docket control device used for statistical purposes, and it does not prejudice the rights of the parties in any manner. Plaintiff GMA, Inc. and Defendants 2007 SIFT Trust, Sacks Family Office Trust f/k/a Shim Sacks Family Legacy Trust Dated October 20, 2014 and Physician Helpers LLC shall file a joint notice with this Court within 90 days following the final resolution of the Belize Litigation advising of the resolution thereof, at which time the case will be reopened.

IT IS FURTHER ORDERED that all other outstanding Motions (Doc. Nos. 15, 21, 24, 27, 47) are DENIED WITHOUT PREJUDICE.

BY THE COURT:

Date: December 6, 2022

\_\_s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc: All counsel of record